**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re   **SHAI TZABARI** | : | **Chapter 7** |
| | : | |
| | : | **Bky. No. 18-15854 ELF** |
| **Debtor** | : | |
| | : | |
| **WALNUT MEADOWS, LLC,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **SHAI TZABARI,** | : | |
| **Defendant** | : | **Adv. No. 19-026** |
| | : | |

.........................................

# PRETRIAL ORDER # 2

.........................................

**AND NOW,** the parties having jointly submitted a Rule 26(f) Report and requested a

sixty (60) day extension to the pre-trial schedule, it is hereby **ORDERED** that:

1.    The discovery schedule will be revised as follows:

    a.    All discovery shall be completed **on or before June 28, 2019**.

    b.    All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) **on or before June 14, 2019.**

    c.    All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court **on or before July 19, 2019.**

    d.    Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court **on or before July 26, 2019.**

e.    All motions to amend the pleadings, or for summary judgment, shall be filed **on or before August 9, 2019.**[1]  If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.  If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to comply with the terms of the balance of this Pretrial Order.

f.    A Joint Pretrial Statement shall be filed in accordance with Local Bankruptcy Rule 7016-1 **on or before August 16, 2019.**

2.    A mandatory final pretrial/settlement conference shall be held on **August 21, 2019 at 10:00 p.m.**, in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania.

3.    All trial exhibits shall be pre-marked and exchanged at least three (3) business days prior to the date of trial.  In addition, a full set of exhibits shall be prepared and provided to the court at the commencement of the trial.

Date: March 20, 2019    _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1]    A motion for summary judgment shall include a separate statement of those material facts that the movant contends are not in dispute with supporting citations to the record.  Failure to comply with this requirement shall be grounds for summary denial of the motion.