# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   SHAI TZABARI | : | Chapter 7 |
| | : | |
| | : | Bky. No. 18-15854 ELF |
| Debtor | : | |
| | : | |
| | : | |
| WALNUT MEADOWS, LLC, | : | |
| | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SHAI TZABARI, | : | |
| Defendant | : | Adv. No. 19-026 |
| | : | |

# O R D E R

**AND NOW,** following trial of the above adversary proceeding, it is hereby **ORDERED** that:

1. **On or before December 24, 2019**, Plaintiff shall file proposed findings of fact, conclusions of law and a memorandum of law in support of its position.

2. **On or before January 24, 2020**, Defendant shall file proposed findings of fact, conclusions of law and a memorandum of law in support of his position.

3. Plaintiff may file a Reply Memorandum **on or before January 31, 2020**.

4. Defendant file a Sur-Reply Memorandum **on or before February 7, 2020.**

Date: November 25, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE